UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL L. HANNAH, JR.,

       Plaintiff,                 Case No.  04-70287

v.                                   District Judge George Caram Steeh
                                       Magistrate Judge R. Steven Whalen

E.I. du PONT DE NEMOURS and
COMPANY, INC., a Delaware
Corporation,

       Defendants.
_____/

**ORDER**

     Before the Court is Defendant's Motion for Entry of a Protective Order [Docket #17], which has been referred for hearing and determination pursuant to 28 U.S.C. §636(b)(1)(A).

For the reasons stated on the record on August 4, 2005,

     IT IS ORDERED that Defendant's Motion [Docket #17] is DENIED.


                                                  S/R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

Dated:  August 4, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 4, 2005.

S/Gina Wilson
Judicial Assistant