**FILED**

**NOV 1 3 2006**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Samuel L. Hannah, Jr.,

    Plaintiff,

vs.

E. I. du Pont de Nemours and Company, Inc.,
a Delaware corporation,

    Defendant.

Hon. George Caram Steeh
Case No. Case No. 04-70287

---

Thomas E. Marshall (P30633)
Thomas E. Marshall, P.C.
Counsel for Plaintiff
715 East South Boulevard, Suite 100
Rochester Hills, Michigan 48307
(248) 829-3360
tmarshall@lawofficesoftmarshall.com

Louis Theros (P42970)
Ryan K. Mulally (P61699)
Dickinson Wright PLLC
Counsel for Defendant
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500
ltheros@dickinsonwright.com
rmulally@dickinsonwright.com

---

## ORDER

At a session of said Court, held in the Federal Court Building, City of Detroit, County of Wayne, State of Michigan on **OCT 2 6 2006**

PRESENT: HON. _____

The parties, having presented the issue of potential reinstatement to the Court for decision, and based upon the record previously submitted to the Court,

**IT IS ORDERED** that:

1. Plaintiff Samuel Hannah is to be reinstated to Defendant within twenty-one (21) days of the entry of this Order. Such reinstatement shall be without backpay, and without accrual or reinstatement of seniority.

2. The Parties are to abide by all provisions of their settlement agreement relating to this Order.

_____
George Caram Steeh
U.S. District Court Judge

DETROIT 24038-175 954949v1